JONATHAN OCANA, Respondent, v QUASAR REALTY PARTNERS L.P., Appellant.

Submitted April 25, 2016; decided June 14, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.